**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 2 WAL 2023

                  Respondent           :

                                 :  Petition for Allowance of Appeal

                                 :  from the Order of the Superior Court

             v.                  :

                                 :

LAMONT CARLOS SNIDER,         :

                                 :

                  Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.